UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.L. DARRYL SUMMERS,

       Plaintiff,

v.                                      Case No. 1:07-CV-206

MICHIGAN DEPARTMENT OF         Hon. Wendell A. Miles
CORRECTIONS,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING THE CASE

Plaintiff, J.L. Darryl Summers, filed his complaint against the Michigan Department of Corrections under 42 U.S.C. § 1983. On May 4, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Plaintiff's complaint be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b) because the defendant is immune from suit. Plaintiff filed no objections to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, agrees with the reasoning and recommended disposition contained in the R & R.

Accordingly, the court ADOPTS the Magistrate Judge's Report & Recommendation (dkt. # 6), and DISMISSES this case with prejudice.

So ordered this 24th day of May, 2007.

                                                  /s/ Wendell A. Miles
                                                 Wendell A. Miles
                                                 Senior U.S. District Judge